The Law office of Jonathan Rudnick, L.L.C.
NJ attorney I. D no. 034721990
788 Shrewsbury Avenue
Building 2, Suite 204
Tinton Falls, N.J. 07724
732-842-2070
FAX: 732-879-0213
ATTORNEYS FOR PLAINTIFFS
JONR@JONRUDLAW.COM

| | |
|---|---|
| Robert Rivani, RJR REALTY LLC,<br><br>  Plaintiffs,<br><br>Vs.<br><br>BMW of Ramsey, JOHN DOES 1-10   (fictitious prior owners or unknown individuals or entity who caused odometer to be rolled back),<br><br>  Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: USDC NJ<br><br>DOCKET NO.  23-CV-06329<br><br>CIVIL ACTION<br><br>F.R.C.P 7.1 |

Pursuant to rule 7.1 of the Federal Rules of Civil Procedure RJR Realty, LLC is a California Limited Liability Company by and through its undersigned counsel state no publicly held corporation owns 10% or more of its stock

Dated:  11/17/23               BY:/s/ JonathanRudnick
                               JONATHAN RUDNICK, ESQ.
                               Attorney ID No.
                               034721990

Page | 1