Jonathan Rudnick, Esq.
The Law Office of Jonathan Rudnick LLC
788 Shrewsbury Ave
Suite 204
Tinton Falls NJ  07724
732 842 2070
732 879 0213 Fax
Jonr@jonrudlaw.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT RIVANI and RJR REALTY, LLC | : |
| Plaintiff, | : Civil Action No.: 23-cv-06329 |
| v. | : |
| BMW OF RAMSEY, et. ano. | : **NOTICE OF DISMISSAL** |
| Defendants | : |

Pursuant to a settlement agreement having been entered by the parties, Plaintiffs Robert Rivani and RJR Realty, LLC dismisses the above captioned action, with prejudice, under the terms of the settlement.

By:  /s/ Jonathan Rudnick
Jonathan Rudnick, Esq.
The Law Office of Jonathan Rudnick LLC
Attorney for Plaintiff(s)

**SO ORDERED.**
s/ Michael E. Farbiarz
Michael E. Farbiarz, U.S.D.J.
Date: 2/6/24